IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Levert K. Griffin, | : | |
|     Plaintiff | : | Civil Action 2:07-cv-00621 |
| v. | : | Judge Smith |
| Augustin F. O'Neil, | : | Magistrate Judge Abel |
|     Defendant | : | |

**ORDER**

Plaintiff Levert K. Griffin brings this action against defendant O'Neil alleging "perjury on the witness stand at trial" and "breach of contract." This matter is before the Court on Magistrate Judge Abel's July 6, 2007 Report and Recommendation on Initial Screening recommend that the complaint be dismissed because it fails to allege subject matter jurisdiction and because it fails to state a claim under 42 U.S.C. §1983.

No objections have been filed to the Report and Recommendation. Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the July 6, 2007 Report and Recommendation.

/s/ George c. Smith
George C. Smith
United States District Judge